UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EN MAY MARITIME LLC,<br><br>                    Plaintiff,<br><br>         - against -<br><br>PROIOS S.A.,<br><br>                    Defendant. | Civil Case No. 24-cv-6738 |

### DECLARATION OF YAAKOV U. ADLER IN SUPPORT OF APPLICATION FOR RULE B ATTACHMENT AND APPOINTMENT OF SUBSTITUTE PROCESS SERVER

I, Yaakov U. Adler, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm of Freehill Hogan & Mahar LLP, counsel for Plaintiff, En May Maritime LLC ("En May").

2. I am familiar with the facts and circumstances underlying this dispute as set forth in the Verified Complaint being filed contemporaneously herewith, and I submit this declaration in support of En May's application for the issuance and execution of a Writ of Maritime Attachment against Defendant Proios, S.A. ("Proios") in the above-styled action.

### *Proios Cannot be "Found" within this District for Rule B Purposes*

3. As counsel for En May, I hereby certify to the Court and the Clerk of the Court that the undersigned has made a diligent and reasonable search and inquiry to ascertain the name and address of a person or party within this District upon whom/which process *in personam* can be served which will bind Defendant Proios.

4. In preparing En May's application for the issuance and execution of a Writ of Maritime Attachment against Proios, I have been unable to find any entity named "Proios S.A." formed in or registered to do business in the State of New York, either as a business entity or a

616378.1

DBA. I checked the New York Department of State Corporation and Business Entity Search Database, accessible at https://dos.ny.gov/corporation-and-business-entity-search-database, for "Proios, S.A.", which search returned no results. I then searched the same database for any entry containing the word "Proios", which returned results for five active entities containing that word, two of which are law firms, and the remaining three of which appear to relate to an insurance agency located in Lake Ronkonkoma, New York.  None of the results were related to Defendant Proios. Attached as **Exhibit A** to this Declaration is a printout of the Entity Search Results.

5. I have also conducted a search for Proios using the Yellow Pages telephone directory, accessible at https://www.yellowpages.com/, and determined that there are no telephone listings or addresses for Proios within this District.

6. Further, I have conducted a Google search as to whether Proios can be located within this District, and the search results did not provide any information indicating that Proios is located in this District.

7. I am unaware of and my thorough search has not disclosed any general or managing agent(s) within this District for Proios.

8. I have thus been able to determine that Proios has not appointed an agent for service of process within the state of New York and I have found no indication that Proios can be "found" within this District for the purposes of Rule B.  I have formed a good faith belief based on my investigation that Proios does not have sufficient contacts or business activities within this District and does not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

616378.1

### *Proios has Property in this District for Rule B Purposes*

9. Upon information and belief, the Defendant has tangible or intangible property which belong to it or are maintained for its benefit within this District by third party garnishees and which are subject to attachment pursuant to Rule B.

10. Specifically, under the parties' Contract, a copy of which is attached to the Verified Complaint as Exhibit 2, payment of funds due Proios under the Contract was to be made by En May to "Contractors' Bank Account," which was identified as an account at Interaudi Bank. (*See* Ex. 2 to Verified Complaint, at p. 2, Box 15). The account appears to be held in the name of non-party, Axion Management Ship LLC ("Axion"), which is identified in the Contract as an agent of Proios. (*See* Ex. 2 to Verified Complaint, at p. 1, Box 3).

11. Based on information provided to me by En May, funds have been paid to Proios under the Contract in line with the banking details specified in the Contract. As such, Proios is utilizing Axion as its paying agent in relation to the Contract and may be doing so with respect to other contracts as well.

12. Interaudi Bank has two locations. A headquarters in New York City located at 19 East 54th Street, New York, NY 10022, and a branch in Miami located at Two Brickell City Centre, 78 SW 7th Street, Suite 1100, Miami, Florida 33130. *See* Printout of Interaudi's locations from its "Contact Us" page, a copy of which is annexed hereto as **Exhibit B**.

13. As indicated in Exhibit B, the ABA routing number associated with Interaudi's New York location is 026006237, while the ABA routing number associated with Interaudi's Miami location is 066015440. We have confirmed, by searching these routing numbers via the ABA routing number lookup tool available online at https://routingnumber.aba.com/default1.aspx that the routing number 026006237 (as utilized in the Contract) is indeed associated with

3

Interaudi's New York address and routing number 066015440 is associated with Interaudi's Miami address. Attached hereto as **Exhibit C** are printouts of the ABA routing search results for both routing numbers, indicating the respective bank branches with which those numbers are associated.

14. While the payment details in the Contract reference Interaudi's Miami address, the ABA routing number given in the payment details, 026006237, matches the ABA routing number associated with Interaudi's New York location, as noted above. This indicates that funds paid to Proios utilizing the payment details in the Contract are destined for an account in this District, as opposed to in Florida.

15. While En May verily believes that funds belonging to Proios are being paid to Proios via its paying agent, Axion, into an account located in New York, given the information in the Contract pointing to both New York and Miami as the location of the account (and thus the location of funds sought to be attached), and in full transparency to the Court, Rule B applications are simultaneously being filed in both the Southern District of New York and the Southern District of Florida in an effort to attach funds belonging to Proios in the subject account to obtain jurisdiction over Proios and as security for En May's claim, whether the account be located in Miami or New York.

### *Request to Authorize Substitute Service*

16. This Declaration is further made in support of En May's application for an order to appoint a special process server to serve by verifiable electronic means the Writ and Order of Attachment and Garnishment, Verified Complaint, and this Declaration on any garnishees within the District that may be in possession of Defendant's property, including Interaudi Bank. The granting of this request will result in a material savings in process and travel expenses.

17. In view of the foregoing, En May respectfully requests that the application for a writ of maritime attachment and garnishment and appointment of a special process server be granted.

Dated:  New York, New York
        September 5, 2024

                                            /s/ *Yaakov U. Adler*
                                            _____
                                            Yaakov U. Adler

616378.1

# Exhibit A

## Department of State
### Division of Corporations

Entity Search Results

**A total of 5 entities were found. If the entity name you are searching is not displayed please refine the search.**

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
|---|---|---|---|---|---|---|
| LAW OFFICES OF GEORGE N. PROIOS, PLLC | 3208407 | | Active | DOMESTIC PROFESSIONAL SERVICE LIMITED LIABILITY COMPANY | 05/23/2005 | Westchester |
| LYONS, SKOUFALOS, PROIOS & FLOOD, LLP | 2339588 | | Inactive | DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP | 01/27/1999 | Blank |
| PROIOS ENTERPRISES INC. | 278197 | | Active | DOMESTIC BUSINESS CORPORATION | 06/16/1969 | Suffolk |
| PROIOS INSURANCE AGENCY, INC. | 162593 | | Active | DOMESTIC BUSINESS CORPORATION | 01/02/1957 | Suffolk |
| THE G.A. PROIOS AGENCY, INC. | 126120 | | Active | DOMESTIC BUSINESS CORPORATION | 02/01/1960 | Suffolk |

Rows per page: 5    1-5 of 5

Return to Search

# Exhibit B

616378.1



# Exhibit C

616378.1



## ABA Routing Number Lookup

This website allows for single lookups of routing numbers. It is intended for use by individuals who need to look up their financial institution's routing number. Users of this service are allowed no more than two lookups per day and are limited to ten lookups per month. Users who need additional lookups or need a more robust tool for accessing the ABA Routing Number database should contact LexisNexis Risk Solutions, the Official Routing Number registrar.

New financial institutions, mergers/acquisitions, name changes, and closings, result in an ever-changing list of participants in the US payment system. Using a look-up service other than the ABA Routing Number lookup or a LexisNexis Risk Solutions product could result in retrieving inaccurate or outdated information.

If you have any questions concerning this site, please call 1-800-BANKERS (800-226-5377) or e-mail support@aba.com.

Back to Search        Powered By |  

| Bank Name | Address | City | State | Zip Code | Routing Number |
|---|---|---|---|---|---|
| **Interaudi Bank** (Head Office) | 19 E 54th St | New York | New York | 10022 | 026006237 |



**American Bankers Association**
1333 New Hampshire Ave NW
Washington, DC 20036

**Questions?**
E-mail ABA Customer Support
Call 1-800-BANKERS (800-226-5377)

Reprint Request | Privacy Policy | Site Sponsor

© 2022 American Bankers Association



## ABA Routing Number Lookup

This website allows for single lookups of routing numbers. It is intended for use by individuals who need to look up their financial institution's routing number. Users of this service are allowed no more than two lookups per day and are limited to ten lookups per month. Users who need additional lookups or need a more robust tool for accessing the ABA Routing Number database should contact LexisNexis Risk Solutions, the Official Routing Number registrar.

New financial institutions, mergers/acquisitions, name changes, and closings, result in an ever-changing list of participants in the US payment system. Using a look-up service other than the ABA Routing Number lookup or a LexisNexis Risk Solutions product could result in retrieving inaccurate or outdated information.

If you have any questions concerning this site, please call 1-800-BANKERS (800-226-5377) or e-mail support@aba.com.

Back to Search       Powered By |    

| Bank Name | Address | City | State | Zip Code | Routing Number |
|---|---|---|---|---|---|
| **Interaudi Bank** (Branch) | 78 SW 7th St, Ste 1100 | Miami | Florida | 33130-3783 | 066015440 |



**American Bankers Association**
1333 New Hampshire Ave NW
Washington, DC 20036

**Questions?**
E-mail ABA Customer Support
Call 1-800-BANKERS (800-226-5377)

Reprint Request | Privacy Policy | Site Sponsor

© 2022 American Bankers Association