UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EN MAY MARITIME LLC,<br><br>                      Plaintiff,<br><br>  - against -<br><br>PROIOS S.A.,<br><br>                      Defendant. | Civil Case No. 24-cv-6738<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, En May Maritime LLC, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: New York, New York
       September 5, 2024

                                            Respectfully submitted,
                                            FREEHILL HOGAN & MAHAR LLP
                                            *Attorneys for Plaintiff En May*

                                            /s/ *Yaakov U. Adler*
                     By: _____
                             Peter J. Gutowski
                             Yaakov U. Adler
                             80 Pine Street 25th Floor
                             New York, N.Y. 10005-1759
                             T. 212.425.1900 | F. 242.425.1900
                             gutowski@freehill.com
                             adler@freehill.com

616361.1