PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*^
RYAN BYRNES*
BARBARA G. CARNEVALE*
BLAINE PAYER
JASON H. KRAMER
SEAN DUFFY
MADELINE RITTER

\*  ALSO ADMITTED IN NEW JERSEY
†  ALSO ADMITTED IN CONNECTICUT
△  ALSO ADMITTED IN WASHINGTON, D.C.
◊  ALSO ADMITTED IN PENNSYLVANIA
^  ALSO ADMITTED IN TEXAS

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813
_____

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377
_____

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

September 16, 2024

Our Ref.: 309-24

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
U.S. District Court, SDNY

Re:   *En May Maritime LLC v. Proios S.A.*, 24-cv-6738-PKC
Restraint of Funds Pursuant to Process of Maritime Attachment
_____

Dear Judge Castel,

We represent Plaintiff, En May Maritime LLC, in the matter referenced above. We write, in accordance with the Addendum to the Order for the Process of Maritime Attachment (the "Addendum") (Dkt. 9, at p. 4) to advise the Court that on Friday, September 13, 2024, Garnishee Interaudi Bank notified the undersigned that it has identified and frozen $1,267,906.79 in funds pursuant to the Process of Maritime Attachment and Garnishment ("PMAG") issued in this case and subsequently served upon it. To the extent further funds are identified and restrained pursuant to the PMAG, we will advise the Court as directed in the Addendum.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

/s/ *Yaakov U. Adler*

Yaakov U. Adler

616849.1